IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
JUN 27 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL GRETCHEN NOMEE,<br><br>Defendant. | CR 12-18-BLG-SPW-3<br><br>ORDER |

Upon the Defendant's Unopposed Motion for Early Termination of Supervision (Doc. 295), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Crystal Gretchen Nomee's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 26th day of June, 2018.

SUSAN P. WATTERS
United States District Judge